FILED BY _____ D.C.

96 JUN -5 PM 3:42

CLERK, U.S. DIST. CT.
S.D. OF FLA.-MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 96-1174-CIV-HIGHSMITH
Magistrate Judge Turnoff

ELK INDUSTRIES, INC.,

    Plaintiff,

v.

COMPUSERVE INCORPORATED,

    Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Elk Industries, Inc. ("Elk"), by and through its undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the Court for an enlargement of time through and including June 12, 1996, within which Elk may file its Response to Defendant CompuServe's Motion to Dismiss the Complaint, Or In The Alternative, For A More Definite Statement.

In support thereof Elk states as follows:

1.   Defendant CompuServe served Elk with its Motion to Dismiss the Complaint on May 22, 1996. Elk's response to this motion is due on June 5, 1996.

2.   This is Elk's first request for an enlargement of time to respond to the Defendant's Motion.

3.   Defendant has agreed that it will not oppose this motion.



SCANNED

CASE NO. 96-1174-CIV-HIGHSMITH

4. The additional time will allow Plaintiff to confer with its undersigned counsel, as to the issues brought forth in Defendant's Motion to Dismiss, and prepare a response thereto.

This motion is made in good faith and is not meant to delay the proceedings herein.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court has the inherent authority to grant motions for enlargement of time for good cause shown.

WHEREFORE, Elk respectfully requests that the Court enter an Order granting an enlargement of time, up to and including June 12, 1996, within which Elk may serve its response to Defendant CompuServe's Motion to Dismiss the Complaint, Or, In The Alternative, For A More Definite Statement.

Respectfully submitted,

HERMAN ROOF BORGOGNONI & MOORE
Attorneys for Plaintiff
Suite 2110
One S.E. Third Avenue
Miami, Florida 33131
Tel: (305) 377-2200
Fax: (305) 577-4234

By: _____
STEPHEN L. ROOF
Florida Bar No. 444870
JEFFREY S. GRUBMAN
Florida Bar No. 879568

CASE NO. 96-1174-CIV-HIGHSMITH

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS was served via U.S. mail this 7th day of June, 1996 to: Defendant's counsel Alice G. Hector, Lance A. Harke, Steel Hector and Davis, 200 South Biscayne Boulevard, 4100 First Union National Bank Bldg., Miami, Florida 33131-2398; Timothy J. O'Hearn and Timothy K. Wilson, Jones, Day, Reavis & Pogue, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114.

JEFFREY S. GRUBMAN
Florida Bar No. 879568

F:\DATA\CLIENTS\ELKINS\COMPUSER\PLE\EOT.MOT