

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

96 JUL 11 PM 4: 16

CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MIAMI DIVISION

CASE NO. 96-1174-CIV-Highsmith

ELK INDUSTRIES, INC.,

    Plaintiff,

v.

COMPUSERVE INCORPORATED,

    Defendant.
_____/

**APPLICATION FOR ADMISSION
PRO HAC VICE**

    Peter T. Mavrick, pursuant to Rule 4(f) of the Special Rules governing the admission and practice of attorneys of the United States District Court for the Southern District of Florida, hereby applies to this Court for permission to appear in this action, and states:

    1.    I am an associate of the law firm of Herman Roof Borgognoni & Moore. I am an active member in good standing of the bar of the State of California. I have passed the bar exam for admission to the Florida Bar. The Florida Bar has informed me that my moral character background verification is satisfactory. I am taking the ethics exam in August of 1996, after which such time I expect to be admitted to the Florida Bar.

    2.    I am also admitted to practice, and am in good standing, before the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit.

CASE NO. 96-1174

3. I am familiar with the standards of professional conduct and rules governing members of the bar of this Court as required under the Rules of the United States District Court for the Southern District of Florida, and I agree to abide by those standards.

WHEREFORE, Peter T. Mavrick respectfully requests that this Court grant him permission to appear pro hac vice pursuant to Rule 4(f) of the Special Rules governing the admission and practice of attorneys of the United States District Court for the Southern District of Florida.

Dated: July 11, 1996.

Respectfully submitted,

HERMAN ROOF BORGOGNONI & MOORE
Attorneys for Plaintiff
Suite 2600
100 S.E. 2nd Street
Miami, Florida 33131
Phone No. (305) 377-2200
Fax No. (305) 577-4234

By: /s/ Peter T. Mavrick
PETER T. MAVRICK

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Timothy J. O'Hearn, Esq., Jones Day Reavis & Pogue, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114 and Alice H. Hector, P.A., Steel Hector & Davis LLP, 200 South Biscayne

2

CASE NO. 96-1174

Boulevard, Suite 4100, Miami, Florida 33131-2398 on this 11th day of July, 1996.

_____
Peter J. Mavrick